**Order entered June 10, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00372-CV
## No. 05-21-00412-CV
## No. 05-21-00413-CV
## No. 05-21-00414-CV

## IN RE DRALON DURAN PATTERSON, Relator

**Original Proceeding from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-75183-PL,**
**F19-75218-PL, F19-25779-QL & F19-40572-PL**

## ORDER
Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     ROBBIE PARTIDA-KIPNESS
JUSTICE